IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHN G. THOMPSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:07-cv-01299-LJO-GSA-PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS OF JUNE 3, 2011<br>(Doc. 32.) |

Plaintiff is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. On June 3, 2011, the undersigned issued Findings and Recommendations to dismiss this action for plaintiff's failure to obey the Court's order requiring him to submit documents required to initiate service of process. (Doc. 32.) Also on June 3, 2011, Plaintiff submitted the documents required to initiate service of process. (Doc. 33.) In light of Plaintiff's submission of the service documents, and good cause appearing, IT IS HEREBY ORDERED that the Findings and Recommendations of June 3, 2011 are VACATED.

IT IS SO ORDERED.

Dated:　June 7, 2011　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE