1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   RAHN G. THOMPSON,                        1:07-cv-01299-LJO-GSA-PC

11          Plaintiff,                        ORDER ADOPTING FINDINGS
                                              AND RECOMMENDATIONS
12      vs.                                   (Doc. 31.)

13   STATE OF CALIFORNIA, et al.,             ORDER FOR THIS ACTION TO PROCEED
                                              ONLY ON CERTAIN CLAIMS AGAINST
14                                            DEFENDANTS TUCKER, GREEN, LEE,
                                              HERNANDEZ, RINCON, DEATHRIDGE,
15                                            HUCKABAY, THOMPSON, AND MELENDEZ,
                                              AND DISMISSING ALL OTHER CLAIMS AND
16                                            DEFENDANTS FOR FAILURE TO STATE
            Defendants.                       A CLAIM
17   _____/

18          Rahn G. Thompson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action

19   pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant

20   to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21          On April 19, 2011, Findings and Recommendations were entered, recommending that this

22   action proceed only on certain claims against defendants Tucker, Green, Lee, Hernandez, Rincon,

23   Deathridge, Huckabay, Thompson, and Melendez, and that all other claims and defendants be

24   dismissed for Plaintiff's failure to state a claim.  (Doc. 31.)   Plaintiff was provided an opportunity to

25   file objections to the Findings and Recommendations within thirty days.   To date, Plaintiff has not

26   filed objections to the Findings and Recommendations, and on June 3, 2011, Plaintiff submitted

27   documents to enable service of process to proceed upon the defendants named above.  (Doc. 33.)

28                                              1

1    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court

2    has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court

3    finds the findings and recommendations to be supported by the record and proper analysis.

4    Accordingly, THE COURT HEREBY ORDERS that:

5    1.    The Findings and Recommendations issued by the Magistrate Judge on April 19,

6    2011, are adopted in full;

7    2.    This action now proceeds against defendant Tucker for subjecting Plaintiff to adverse

8    conditions of confinement; against defendants Tucker, Green, Lee, Rincon, Hernandez, Deathridge,

9    and Huckabay for failing to protect Plaintiff; against defendants Tucker, Green, and Huckabay for

10   retaliating against Plaintiff; and against defendants Tucker, Thompson, and Melendez for using

11   excessive force against Plaintiff;

12   3.    All remaining claims and defendants are dismissed from this action based on

13   Plaintiff's failure to state a claim upon which relief may be granted; and

14   4.    Defendants RN Ms. Davis, Med Tech Mr. Chapman, and H. Martinez are dismissed

15   from this action based on Plaintiff's failure to state any claims upon which relief may be granted

16   against them.

17   IT IS SO ORDERED.

18   **Dated:    June 8, 2011            /s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE

2